COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     David Michael Starks v. The State of Texas

Appellate case number:   01-13-00830-CR

Trial court case number: 1397088

Trial court:             178th District Court of Harris County

On January 9, 2014, an order was issued reinstating this case and setting appellee's brief due within 30 days.  On February 28, 2014, a late brief notice was issued by the clerk's office requesting a response or a brief from The State of Texas within 10 days.   To date, no response to that notice has been filed by The State of Texas.

If no brief has been filed within 20 days of the date of this order, the Court will set the appeal for submission without a brief from the State of Texas.

It is so ORDERED.


Judge's signature: /s/ Justice Harvey Brown
                    X  Acting individually     ☐  Acting for the Court


Date:  March 27, 2014